UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DELINDA HOLLAND,

        Plaintiff,

-against-

CREATIVE ENVIRONMENTS, LLC,

        Defendant.

**STIPULATION OF DISCONTINUANCE**

Civil Action No.:
1:22-cv-00688-FJS-CFH

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above-entitled action be, and the same hereby is discontinued, on the merits and with prejudice, without costs to any party as against another; and

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be filed without further notice with the Clerk of the Court.

SHLIVKO GIANCOLA LLC

By: S/ Sam Shlivko
Sam J. Shlivko, Esq.
*Attorneys for Plaintiff,*
*Delinda Holland*
30 Wall Street, 8th Floor
New York, NY 10005
(212) 888.6601
sam@samwantsjustice.com

Dated: 10/22/2024

KENNEY SHELTON LIPTAK NOWAK LLP

By: _____
Daniel K. Cartwright, Esq.
Attorneys for Defendant
CREATIVE ENVIRONMENTS, LLC
4615 North Street
Jamesville, NY 13078
(315) 492.3000
dkcartwright@kslnlaw.com

Dated: 10/22/2024

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Page 1 of 1

Date: October 23, 2024